FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>LINDA LEONA CARVER,<br><br>               Defendant. | No. 4:19-CR-06044-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 20** |

Before the Court are Defendant's Motion to Modify Conditions of Release, ECF No. 20, and Supplement to Defendant's Motion to Modify Conditions of Release, ECF No. 29. Defendant appeared by telephone and waived her right to be present in the courtroom at the hearing. Defendant was represented by Assistant Federal Defender Jeffrey Dahlberg. Assistant United States Attorney Benjamin Seal represented the United States.

Defendant requests the Court modify Special Condition No. 5, requiring that she submit to random urinalysis testing as directed by the United States

ORDER - 1

Probation/Pretrial Services Office. In lieu of random urinalysis testing, Defendant suggests: (1) unobserved urinalysis testing; or (2) sweat patch testing. The United States indicated that it does not oppose the modification to allow sweat patch testing, but objects to the employment of unobserved urinalysis testing.

At the hearing, the Court noted the documented need for substance abuse testing in this case and noted the particular difficulties that urinalysis testing poses for Defendant. The Court rejected the use of unobserved urinalysis testing as an ineffective means of testing, but granted Defendant's request to employ sweat patch testing on a trial basis. Accordingly;

**IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 20**, is **GRANTED**.

2. The United States Probation/Pretrial Services Office shall employ sweat patch testing as its primary form of testing, unless otherwise instructed by the Court.

DATED this September 26, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE