UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Carver, Linda Leona | Docket No. | 0980 4:19CR06044-001 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Linda Leona Carver, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 15th day of August, 2019 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
*(If short insert here; if lengthy write on separate sheet and attach.)*

**Violation #1:** The defendant is alleged to have violated her conditions of pretrial release by using marijuana on or between October 11, 2019, through October 14, 2019.

The defendant's conditions of release were reviewed with her on August 20, 2019. She signed a copy of her conditions form indicating an understanding of her conditions of pretrial release, including standard condition number 9, as listed above.

On October 7, 2019, the defendant reported to the probation office in Richland and a sweat patch was applied on her upper right arm. On October 16, 2019, the defendant contacted the undersigned officer and advised that she used marijuana over the previous weekend as her dad passed away. She reported to the Richland office on October 21, 2019, and signed a drug use admission form. Her sweat patch was removed and sent to the lab for testing. It returned from the lab as positive for marijuana which is consistent with her reported use of marijuana. The defendant has since been on a sweat patch from October 21, 2019, through November 4, 2019; and November 4, 2019, through November 18, 2019, and these tests have been negative for all substances.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    12/3/2019 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

12/3/2019

Date