# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2020

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Carver, Linda Leona | Docket No. | 0980 4:19CR06044-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Linda Leona Carver, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 15th day of August 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is alleged to have violated her conditions of pretrial release by using marijuana on or between December 4, through December 18, 2019.

The defendant's conditions of release were reviewed with her on August 20, 2019. She signed a copy of her conditions indicating an understanding of her conditions of pretrial release, including standard condition number 9, as listed above.

On December 4, 2019, the defendant reported to the probation office in Richland, Washington, and a sweat patch was applied on her upper right arm. On December 18, 2019, the defendant reported to the probation office and her sweat patch was removed and sent to PharmChem Incorporated for testing. Results from PharmChem Incorporated were received on December 28, 2019, indicating a positive result for the presence of marijuana.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:   January 23, 2020 |
| | by | s/Daniel Manning |
| | | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_
Signature of Judicial Officer

1/23/2020
Date