# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Carver, Linda Leona | Docket No. | 0980 4:19CR06044-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Linda Leona Carver, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 15th day of August, 2019 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #2:** The defendant is alleged to have violated her conditions of pretrial release by using marijuana on or between January 7 through January 22, 2020.

The defendant's conditions of release were reviewed with her on August 20, 2019. She signed a copy of her conditions indicating an understanding of her conditions of pretrial release, including standard condition number 9, as listed above.

On January 7, 2020, the defendant reported to the probation office in Richland and a sweat patch was applied on her right upper arm. On January 22, 2020, the undersigned officer contacted the defendant at her home in Walla Walla, Washington, as she was unable to secure a ride to report to the probation office in Richland. The sweat patch was removed and sent to PharmChem Incorporated for testing. Results from PharmChem Incorporated were received on January 29, 2020, indicating a positive result for the presence of THC.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   January 30, 2020 |
| by | s/Daniel M. Manning |
| | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8

Re: Carver, Linda Leona
January 30, 2020
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

1/30/2020

Date